UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

------------------------------------------------------

CORY JENKINS,

        Plaintiff,

  v.

NCO FINANCIAL SYSTEMS, INC.,

        Defendant.

------------------------------------------------------

CASE NO. 1:12-CV-01091

ORDER & JUDGMENT

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

    The Court has issued its Opinion and Order in the above-captioned matter. For the reasons stated in that opinion, the Court **DISMISSES** Plaintiff Jenkins' complaint. Accordingly, this action is **TERMINATED** under Federal Rule of Civil Procedure 58.

    IT IS SO ORDERED.

Dated: October 16, 2012             *s/     James S. Gwin*
                                                                  JAMES S. GWIN
                                                                  UNITED STATES DISTRICT JUDGE